In the Matter of the Arbitration between ALLSTATE IN-SURANCE COMPANY, Appellant, and RICHARD E. BROWN, JR., Respondent. [732 NYS2d 612] —Order unanimously reversed on the law without costs and petition granted. Memorandum: Supreme Court erred in denying the petition seeking a perma-nent stay of arbitration of respondent's supplemental unin-sured motorist claim. Respondent settled his personal injury action against the tortfeasor and tendered a general release without petitioner's consent, thereby violating the express terms of the policy (*see, Matter of Allstate Ins. Co. [Liberati],* 280 AD2d 922). Respondent contends that the settlement did not prejudice petitioner's subrogation rights because those rights were extinguished by the tortfeasor's personal bankruptcy. Respondent failed to submit proof in admissible form establishing the bankruptcy discharge and thus failed to meet his burden of establishing the absence of prejudice to petitioner (*see, Weinberg v Transamerica Ins. Co.,* 62 NY2d 379, 382-383). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Arbitration.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

In the Matter of the Arbitration between F.X. CAPRARA AUTO SALES, Appellant-Respondent, and DENNIS R. WILCOX, Respondent-Appellant. [732 NYS2d 388] —Order unanimously af-firmed without costs. Memorandum: Petitioner appeals from an order dismissing its petition brought pursuant to CPLR 7511 to vacate an arbitration award. Petitioner failed to submit a complete record of the arbitration proceedings, and thus we are unable to review petitioner's contentions on appeal concern-ing the propriety of the award (*see generally, Chazy & Westport Tel. Corp. v KFC-Kuntz for Congress,* 276 AD2d 872). Supreme Court did not abuse its discretion in denying respondent's counterclaim for attorney's fees (*see,* General Business Law § 198-b [f] [5]). (Appeals from Order of Supreme Court, Jeffer-son County, Gilbert, J.—Arbitration.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.